IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01889-RPM

RADIANT CHURCH ASSEMBLY OF GOD,

    Plaintiff,
vs.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

On February 5, 2015, the parties to this civil action filed a Joint Motion for Extension of Deadlines Pursuant to Scheduling Order and in paragraph four stated that plaintiff's counsel will be filing a motion to withdraw as counsel for the plaintiff. No such motion has been filed and there has been no substitution of counsel. A motion to intervene has been filed by Rooftop Restoration, Inc., on February 18, 2015 [Doc. 19]. It is assumed that the motion will be opposed. The case is now stalled and it is now

ORDERED that the plaintiff and defendant shall file a new status report on or before February 27, 2015.

DATED: February 19th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge