IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01889-RPM

RADIANT CHURCH ASSEMBLY OF GOD,

    Plaintiff,

vs.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER DENYING ROOFTOP RESTORATION, INC.'S MOTION TO INTERVENE
_____

On February 18, 2015, Rooftop Restoration, Inc., filed a motion to intervene in this civil action and submitted a proposed complaint in intervention. The proposed complaint in intervention does not state a claim for relief cognizable in this civil action and it is therefore

ORDERED that Rooftop Restoration, Inc.'s, motion to intervene is denied.

DATED:  March 2nd, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge