IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01889-RPM

RADIANT CHURCH ASSEMBLY OF GOD,

    Plaintiff,
vs.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER DENYING MOTION TO DISMISS WITH PREJUDICE
_____

The plaintiff in this civil action filed a status report on February 27, 2015, [Doc. 21] in response to this Court's order of February 19, 2015. That motion was submitted by plaintiff's counsel indicating the intent to file a motion to withdraw on or before Monday, March 2, 2015. Also on February 27, 2015, the defendant filed a motion to dismiss with prejudice, alleging that this civil action had been settled. A Release and Settlement Agreement was attached to the motion. Counsel for the plaintiff, counsel for the defendant and any representative of GuideOne Mutual Insurance Company have not signed the release. It appears to be signed by someone, signature illegible, representing that it is the Executive Pastor. The release cannot be accepted by the Court, and, accordingly, it is

    ORDERED that the motion to dismiss is denied.

    DATED: March 2nd, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge