IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01889-RPM

RADIANT CHURCH ASSEMBLY OF GOD,

    Plaintiff,
vs.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

On March 4, 2015, the defendant filed a Renewed Motion to Dismiss with Prejudice, attaching a copy of a release and settlement agreement between the parties. The court accepts that agreement and accordingly the issues between these parties have been resolved. Rooftop Restoration, Inc. has sought to intervene in this civil action. On March 2, 2015, this Court denied the motion to intervene. On March 3, 2015, Rooftop Restoration filed a second motion to intervene and on March 4, 2015, it filed an objection to the defendant's motion to dismiss. The proposed complaint in intervention does not state a claim for relief within this Court's jurisdiction and Rooftop Restoration, Inc., has no standing to object to the motion to dismiss. Counsel for the plaintiff filed a motion to withdraw on March 2, 2015. It is now

    ORDERED that the Motion to Withdraw by plaintiff's counsel is granted. It is

    FURTHERED ORDERED that Rooftop Restoration, Inc.'s Second Motion to Intervene is denied, and pursuant to the recent settlement agreement attached to the defendant's Renewed Motion to Dismiss with Prejudice, this civil action is dismissed

with prejudice with judgment to be entered accordingly.

DATED: March 5th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge