IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01889-RPM

RADIANT CHURCH ASSEMBLY OF GOD,

    Plaintiff,

vs.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order for Dismissal entered by Senior Judge Richard P. Matsch on March 5, 2015, it is

ORDER AND ADJUDGED that this civil action is dismissed with prejudice.

DATED: March 5th, 2015

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, Clerk

                                        s/Kathy Terasaki
                                  By_____
                                        Deputy